CLOSED, MDL1842

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:08−cv−03303−KSH−PS

BARRESI v. DAVOL INC. et al
Assigned to: Judge Katharine S. Hayden
Referred to: Magistrate Judge Patty Shwartz
Cause: 28:1332 Diversity−Product Liability

Date Filed: 07/02/2008
Date Terminated: 08/15/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**JEAN G. BARRESI**

represented by **MELANIE H. MUHLSTOCK**
PARKER, WAICHMAN &ALONSO, LLP
111 GREAT NECK ROAD
1ST FLOOR
GREAT NECK, NY 11201−5402
(516) 466−6500
Email: mmuhlstock@yourlawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL INC.**

**Defendant**

**C.R. BARD, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2008 | Ï 1 | COMPLAINT against DAVOL INC., C.R. BARD, INC. ( Filing fee $ 350 receipt number 2075213.) Jury Demand, filed by JEAN G. BARRESI. (Attachments: # 1 Summons Addressed to CRBard, # 2 Summons Addressed to Davol, # 3 Civil Cover Sheet)(ld, ) (Entered: 07/08/2008) |
| 07/08/2008 | Ï 2 | Summons Issued as to DAVOL INC., C.R. BARD, INC.. Days Due − 20.(SUMMONS MAILED TO COUNSEL) (ld, ) (Entered: 07/08/2008) |
| 07/16/2008 | Ï 3 | Letter from Magistrate Judge Patty Shwartz advising litigants of some requirements established for the early stages of the litigation, etc., (dc, ) (Entered: 07/16/2008) |
| 08/15/2008 | Ï 4 | Certified Copy of MDL Conditional Transfer Order transferring case to the United States District Court for the District of Rhode Island. Signed by Judge No Judge Assigned on 8/15/08. (dc, ) (Entered: 08/15/2008) |